# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nadine Lucille Jackson<br>Debtor(s) | CHAPTER 7 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>Movant<br>vs. | NO. 17-16405 JKF |
| Nadine Lucille Jackson<br>Debtor(s) | 11 U.S.C. Section 362 |
| Terry P. Dershaw, Esq.<br>Trustee | |

## ORDER

AND NOW, this  21st  day of  December , 2017, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 4124 North Darien Street, Philadelphia, PA 19140 ("Property), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage on the Property, including but not limited to the right to foreclose against the Property.  The relief granted in *in rem* with regard to the Property.

_____
United States Bankruptcy Judge
Jean K. FitzSimon

cc: See attached service list

Nadine Lucille Jackson
312 Scotland Drive
Newark, DE 19140

Teresa Brady, Esq.
Law Offices of Teresa Brady, P.C.
210 East Girard Avenue
Philadelphia, PA 19125

Terry P. Dershaw, Esq.
Dershaw Law Offices
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532