United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nadine Lucille Jackson  
      Debtor

Case No. 17-16405-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Dec 21, 2017  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.  
db          +Nadine Lucille Jackson,    312 Scotland Drive,    Newark, DE 19702-4055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
       TERESA BRADY    on behalf of Debtor Nadine Lucille Jackson bankruptcy_queen@yahoo.com  
       TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                       TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Nadine Lucille Jackson<br>            Debtor(s) | CHAPTER 7 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>            Movant<br>vs. | NO. 17-16405 JKF |
| Nadine Lucille Jackson<br>            Debtor(s) | 11 U.S.C. Section 362 |
| Terry P. Dershaw, Esq.<br>            Trustee | |

## ORDER

AND NOW, this  21st  day of  December , 2017, upon failure of Debtor(s) and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 4124 North Darien Street, Philadelphia, PA 19140 ("Property), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the mortgage on the Property, including but not limited to the right to foreclose against the Property.  The relief granted in *in rem* with regard to the Property.

_____
United States Bankruptcy Judge
Jean K. FitzSimon

cc: See attached service list

Nadine Lucille Jackson
312 Scotland Drive
Newark, DE 19140

Teresa Brady, Esq.
Law Offices of Teresa Brady, P.C.
210 East Girard Avenue
Philadelphia, PA 19125

Terry P. Dershaw, Esq.
Dershaw Law Offices
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532